121 A.3d 981

**IA CONSTRUCTION CORPORATION and Liberty Mutual Insurance Co.**

v.

**WORKERS' COMPENSATION APPEAL BOARD (RHODES).**

Petition of Jeffrey Rhodes.

Supreme Court of Pennsylvania.

Aug. 26, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of August, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Commonwealth Court overstepped its appellate function in making credibility judgments which is the sole function of the Workers' Compensation Judge?